IRENE WARDEN, an Infant, by WILLIAM E. WARDEN, Her Guardian ad Litem, Respondent, *v.* THE CITY OF NEW YORK et al., Appellants.

*Warden* v. *City of New York*, 123 App. Div. 733, affirmed.
(Argued November 19, 1908; decided December 8, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 17, 1908, which reversed a judgment in favor of defendants entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been received through defendants' negligence.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* of counsel), *Alfred A. Wheat* and *Frank A. Gaynor* for appellants.

*Robert Stewart* and *Daniel T. O'Brien* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.